HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD JAMES VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-199 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| RICHARD JAMES VILLEGAS, | ) | Date:   June 20, 2014 |
| | ) | Time:   9:00 a.m. |
| Defendant. | ) | Judge:  Garland E. Burrell, Jr. |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through

MICHAEL MCCOY, Assistant U.S. Attorney, and defendant, RICHARD JAMES VILLEGAS,

by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference

set for Friday, April 25, 2014, be continued to Friday, June 20, 2014, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to continue

examining the possible defenses and investigating the facts of the case, and for further meetings

between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, April 21,

2014, through and including the date of the new status conference hearing, June 20, 2014, shall

be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4,

due to the need to provide defense counsel with the reasonable time to prepare, and that the ends

of justice to be served by granting the continuance outweigh the best interests of the public and

the defendant in a speedy trial.

DATED: April 21, 2014            HEATHER E. WILLIAMS
                                 Federal Defender


                                 /s/ Lexi Negin
                                 LEXI NEGIN
                                 Assistant Federal Defender
                                 Attorney for RICHARD JAMES VILLEGAS


DATED: April 21, 2014            BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Lexi Negin for
                                 MICHAEL MCCOY
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

# **O R D E R**

        Based on the reasons set forth in the stipulation of the parties filed on April 21, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, April 25, 2014, be vacated and that the case be set for Friday, June 20, 2014, at 9:00 a.m.  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 21, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, April 21, 2014, through and including June 20, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

Dated:  April 21, 2014


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge