HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD JAMES VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-cr-199 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTININUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| RICHARD JAMES VILLEGAS, | Date:  August 22, 2014<br>Time:  9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL MCCOY, Assistant U.S. Attorney, and defendant, RICHARD JAMES VILLEGAS, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Friday, June 20, 2014, be continued to Friday, August 22, 2014, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to continue examining the possible defenses and investigating the facts of the case, and for further meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, June 11, 2014, through and including the date of the new status conference hearing, August 22, 2014, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 11, 2014                    HEATHER E. WILLIAMS
                                        Federal Defender


                                        /s/ Lexi Negin
                                        LEXI NEGIN
                                        Assistant Federal Defender
                                        Attorney for STEPHEN CRAIG SAEGER


DATED: June 11, 2014                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Lexi Negin for
                                        MICHAEL MCCOY
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on June 11, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, June 20, 2014, be vacated and that the case be set for Friday, August 22, 2014, at 9:00 a.m. The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 11, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, June 20, 2014, through and including August 22, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: June 11, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge