HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD JAMES VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-199 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTININUING STATUS CONFERENCE |
| v. | ) ) | AND EXCLUDING TIME |
| RICHARD JAMES VILLEGAS, | ) ) | Date:     October 17, 2014 |
| Defendant. | ) ) | Time:     9:00 a.m. Judge:    Garland E. Burrell, Jr. |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL MCCOY, Assistant U.S. Attorney, and defendant, RICHARD JAMES VILLEGAS, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Friday, August 22, 2014, be continued to Friday, October 17, 2014, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to continue examining the possible defenses and investigating the facts of the case, and for further meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, August 13, 2014, through and including the date of the new status conference hearing, October 17, 2014, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | |
|---|---|
| DATED: August 13, 2014 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for STEPHEN CRAIG SAEGER |
| DATED: August 13, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Lexi Negin for<br>MICHAEL MCCOY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on August 13, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, August 22, 2014, be vacated and that the case be set for Friday, October 17, 2014, at 9:00 a.m. The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 13, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, August 13, 2014, through and including October 17, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: August 14, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge