BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>RICHARD JAMES VILLEGAS,<br><br>       Defendant. | CASE NO.  2:13-CR-0199 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: December 19, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for status on December 5, 2014.

2.  By this stipulation, the parties now move to continue the status conference until December 19, 2014, and to exclude time between December 5, 2014, and December 19, 2014, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

   a)  The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

   b)  This continuance is requested by the parties for negotiation and preparation of a plea agreement.  Once a written plea agreement is presented to the defense, counsel for the defendant will need additional time to review the discovery in light of the plea agreement, present the plea agreement to the defendant and review it with him, make recommendations to

the defendant regarding acceptance or rejection of the offer, and, if the defendant decides to enter into the plea agreement, prepare the defendant for a change of plea hearing.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 5, 2014 to December 19, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 3, 2014                         BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ MICHAEL D. McCOY
                                                MICHAEL D. McCOY
                                                Assistant United States Attorney



Dated:  December 3, 2014                         /s/ LEXI NEGIN (e-mail authorization)
                                                LEXI NEGIN
                                                Counsel for Defendant
                                                RICHARD JAMES VILLEGAS

1

**[PROPOSED] FINDINGS AND ORDER**

2

    IT IS SO FOUND AND ORDERED.

3

Dated:  December 3, 2014

4

5

6

                                   _____

GARLAND E. BURRELL, JR.

7

                                     Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28